## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | Case No. 22-10139 |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | |
| | ) | |
| Plaintiff | ) | Adv. No. 22- |
| vs. | ) | |
| | ) | |
| CALLED TO CARE INVESTMENTS | ) | |
| KANSAS LLC | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## **COMPLAINT**

COMES NOW Debtor Andover Senior Care, L.L.C. ("Debtor"), by and through its attorney, and for its cause of action against defendant Called to Care Investments Kansas, LLC ("Defendant"), alleges and states as follows:

1.      On March 11, 2022, Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.      The Debtor remains Debtor in Possession and is authorized to file this action per 11 U.S.C. § 1107.

3.      This adversary action (the "Adversary") arises in and relates to In re: Andover Senior Care, L.L.C., Bankr. Case No. 22-10139-11, presently pending in the United States Bankruptcy Court for the District of Kansas (the "bankruptcy case").

4.      The United States Bankruptcy Court for the District of Kansas has subject matter jurisdiction over this Adversary pursuant to 28 U.S.C. §§ 157 and 1334.

1

5.     This Adversary is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

6.     Venue is proper in this district under 28 U.S.C. § 1409(a).

7.     Defendant is a Kansas limited liability company and may be served with process by serving its resident agent, Osaginwen K. Ayiyi, 1529 N. 63rd Terrace, Kansas City, KS 66102.

8.     Debtor and Defendant entered into a post-petition Contract for Sale and Purchase of Commercial Real Estate, a copy of which is attached hereto as Exhibit A (the "Agreement").

9.     Under the Agreement, Defendant agreed to pay Debtor $3,063,500.00 to purchase Debtor's real estate and improvements located at 224 E. Central Ave., Andover, KS 67002 (the "Property").

10.    Despite repeated demand, Defendant has failed and refused to pay the $200,000 earnest money payment required by the Agreement.

11.    Defendant has advised Debtor that it does not have the funding necessary to close its purchase of the Property under the Agreement.

12.    Debtor has performed and remains willing to perform under the Agreement.

13.    Defendant is in breach of the Agreement.

WHEREFORE, Debtor prays for judgment against Defendant as follows:

a.     for *in personam* judgment against Defendant in the amount of $3,063,500 representing the purchase price under the Agreement, less the amount Debtor ultimately receives from its subsequent sale of the Property;  and

b.     for such other and further relief as is just and proper.

2

Respectfully submitted,


/s/ Mark J. Lazzo_____
Mark J. Lazzo  #12790
Mark J. Lazzo P.A.
3500 N. Rock Rd.
Building 300, Suite B
Wichita, KS 67226
316-263-6895 (telephone)
316-264-4704 (fax)
Attorney for Debtor Andover Senior Care, LLC