# United States Bankruptcy Court
DISTRICT OF KANSAS

In re
ANDOVER SENIOR CARE, LLC          Bankruptcy Case No. 22-10139

**Debtor**

ANDOVER SENIOR CARE, LLC     **Plaintiff**

Adversary Proceeding No. 22-05028

CALLED TO CARE INVESTMENTS
KANSAS, LLC

**Defendant**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk:
> U.S. Bankruptcy Court
> U.S. Courthouse, 401 N. Market, Room 167
> Wichita, Kansas 67202

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorney.

> Name and Address of Plaintiff's Attorney:
> Mark J. Lazzo, #12790
> MARK J. LAZZO, P.A.
> 3500 N. Rock Rd., Bldg. 300, Suite B
> Wichita, Kansas 67226

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
*Clerk of the Bankruptcy Court*

_____     By:_____
*Date*                                                                        *Deputy Clerk*

CERTIFICATE OF SERVICE

I, Elizabeth E. Velazquez, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on_____ by:

- ■ Certified mail, return receipt requested, postage fully pre-paid, addressed to:

    Called to Care Investments Kansas, LLC
    c/o Osaginwen K. Ayiyi, Resident Agent
    1529 N. 63rd Terrace
    Kansas City, KS 66102

- ☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of Kansas as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
*Date*                                *Signature*

| Print Name |
| --- |
| Elizabeth E. Velazquez |
| Business Address |
| 3500 N. Rock Rd., Bldg. 300, Suite B |

| City | State | Zip |
| --- | --- | --- |
| Wichita | KS | 67226 |