# United States Bankruptcy Court
DISTRICT OF KANSAS

In re
ANDOVER SENIOR CARE, LLC

Bankruptcy Case No. 22-10139

**Debtor**

ANDOVER SENIOR CARE, LLC      **Plaintiff**

Adversary Proceeding No. 22-05028

CALLED TO CARE INVESTMENTS
KANSAS, LLC

**Defendant**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk:
> U.S. Bankruptcy Court
> U.S. Courthouse, 401 N. Market, Room 167
> Wichita, Kansas 67202

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorney.

> Name and Address of Plaintiff's Attorney:
> Mark J. Lazzo, #12790
> MARK J. LAZZO, P.A.
> 3500 N. Rock Rd., Bldg. 300, Suite B
> Wichita, Kansas 67226

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

David D. Zimmerman
_Clerk of the Bankruptcy Court_

December 16, 2023
_Date_

By: s/M Bourbonnais
_Deputy Clerk_

# CERTIFICATE OF SERVICE

I, Elizabeth E. Velazquez, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on DECEMBER 19, 2022 by:

■ Certified mail, return receipt requested, postage fully pre-paid, addressed to:

Called to Care Investments Kansas, LLC
c/o Osaginwen K. Ayiyi, Resident Agent
1529 N. 63rd Terrace
Kansas City, KS 66102

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of Kansas as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

12/19/22
Date

Signature

Print Name
Elizabeth E. Velazquez
Business Address

3500 N. Rock Rd., Bldg. 300, Suite B

| City | State | Zip |
|---|---|---|
| Wichita | KS | 67226 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>ANDOVER SENIOR CARE, LLC<br><br>                      Debtor | Case No. 22-10139<br>Chapter 11 |
| ANDOVER SENIOR CARE, LLC<br><br>                      Plaintiff<br>vs.<br><br>CALLED TO CARE INVESTMENTS<br>KANSAS LLC<br><br>                      Defendant | Adv. No. 22- |

## COMPLAINT

COMES NOW Debtor Andover Senior Care, L.L.C. ("Debtor"), by and through its attorney, and for its cause of action against defendant Called to Care Investments Kansas, LLC ("Defendant"), alleges and states as follows:

1. On March 11, 2022, Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor remains Debtor in Possession and is authorized to file this action per 11 U.S.C. § 1107.

3. This adversary action (the "Adversary") arises in and relates to <u>In re: Andover Senior Care, L.L.C.</u>, Bankr. Case No. 22-10139-11, presently pending in the United States Bankruptcy Court for the District of Kansas (the "bankruptcy case").

4. The United States Bankruptcy Court for the District of Kansas has subject matter jurisdiction over this Adversary pursuant to 28 U.S.C. §§ 157 and 1334.

1

5. This Adversary is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

6. Venue is proper in this district under 28 U.S.C. § 1409(a).

7. Defendant is a Kansas limited liability company and may be served with process by serving its resident agent, Osaginwen K. Ayiyi, 1529 N. 63rd Terrace, Kansas City, KS 66102.

8. Debtor and Defendant entered into a post-petition <u>Contract for Sale and Purchase of Commercial Real Estate</u>, a copy of which is attached hereto as Exhibit A (the "Agreement").

9. Under the Agreement, Defendant agreed to pay Debtor $3,063,500.00 to purchase Debtor's real estate and improvements located at 224 E. Central Ave., Andover, KS 67002 (the "Property").

10. Despite repeated demand, Defendant has failed and refused to pay the $200,000 earnest money payment required by the Agreement.

11. Defendant has advised Debtor that it does not have the funding necessary to close its purchase of the Property under the Agreement.

12. Debtor has performed and remains willing to perform under the Agreement.

13. Defendant is in breach of the Agreement.

WHEREFORE, Debtor prays for judgment against Defendant as follows:

   a. for *in personam* judgment against Defendant in the amount of $3,063,500 representing the purchase price under the Agreement, less the amount Debtor ultimately receives from its subsequent sale of the Property; and

   b. for such other and further relief as is just and proper.

Respectfully submitted,

/s/ Mark J. Lazzo
Mark J. Lazzo #12790
Mark J. Lazzo P.A.
3500 N. Rock Rd.
Building 300, Suite B
Wichita, KS 67226
316-263-6895 (telephone)
316-264-4704 (fax)
Attorney for Debtor Andover Senior Care, LLC