IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | Case No. 22-10139 |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | |
| | ) | |
| Plaintiff | ) | Adv. No. 22-05028 |
| vs. | ) | |
| | ) | |
| CALLED TO CARE INVESTMENTS KANSAS LLC | ) | |
| | ) | |
| Defendant | ) | |

## AFFIDAVIT OF SERVICE

COMES NOW Mark J. Lazzo, being duly sworn and upon his oath, and submits the following Affidavit:

1. On December 27, 2022, I served the Complaint and Summons in the referenced adversary action (Adv. No. 22-05028) upon Defendant Called to Care Investments Kansas, LLC by certified mail.

2. On January 4, 2023, I filed with the Court the certified mail receipt showing service upon the Defendant on December 27, 2022 (Dkt. 5).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of January, 2023.

/s/Mark J. Lazzo
MARK J. LAZZO