IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | Case No. 22-10139 |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | |
| | ) | |
| Plaintiff | ) | Adv. No. 22-05028 |
| vs. | ) | |
| | ) | |
| CALLED TO CARE INVESTMENTS KANSAS LLC | ) | |
| | ) | |
| Defendant | ) | |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7055, Plaintiff Andover Senior Care, LLC. ("Plaintiff") respectfully request Entry of Default by the Clerk against Defendant Called To Care Investments Kansas LLC ("Defendant") for failure to plead or otherwise defend in this adversary proceeding as required by law. In support, Plaintiffs state as follows:

1. The undersigned is the duly appointed and acting counsel for the Debtor/Plaintiffs Andover Senior Care, LLC. in the referenced bankruptcy case and Adversary No. 22-05028 styled _Andover Senior Care, LLC vs. Called To Care Investments Kansas LLC_ Adv. No. 22-05028 (the "Adversary").

2. Summons was issued in the Adversary on December 16, 2022.

3. The Court fixed a deadline to Answer the adversary complaint of thirty (30) days after the date of issuance of the summons.

In the United States Bankruptcy Court for the District of Kansas
In re: Andover Senior Care, LLC
Bankruptcy Case No. 22-10139-11; Adv. 22-5028
Request for Clerk's Entry of Default
Page 2 of 3

4. The complaint and summons were served upon Defendant Called to Care Investments Kansas LLC ("Defendant") by certified mail on December 27, 2022.

5. On January 23, 2023, an Affidavit of Service was filed (Adv. Dkt. No. 6) attesting that service of the complaint and summons was made on Defendant via certified mail on December 27, 2022.

6. No answer or motion has been received within the time limit fixed by the court or by Fed. R. Bankr. P. 7012(a).

7. The Defendant is not in the military service, as required by 50 U.S.C. App. §521.

8. The Defendant is not an infant or incompetent person, as is required by Fed. R. Civ. P. 55(b)(1).

9. An Affidavit of Plaintiffs' counsel is attached hereto in support of this Request.

**Dated this 23rd day of January, 2023.**

In the United States Bankruptcy Court for the District of Kansas
In re: Andover Senior Care, LLC
Bankruptcy Case No. 22-10139-11; Adv. 22-5028
Request for Clerk's Entry of Default
Page 3 of 3

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
Landmark Office Park
3500 N. Rock Rd.
Building 300, Ste B
Wichita, KS 67226
Phone: (316) 263-6895
Fax: (316) 264-4704
mark@lazzolaw.com
Attorney for Plaintiff Andover Senior Care LLC