IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | Case No. 22-10139 |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |
| | ) | |
| ANDOVER SENIOR CARE, LLC | ) | |
| | ) | |
| Plaintiff | ) | Adv. No. 22-05028 |
| vs. | ) | |
| | ) | |
| CALLED TO CARE INVESTMENTS KANSAS LLC | ) | |
| | ) | |
| Defendant | ) | |

## AFFIDAVIT OF MARK J. LAZZO

Mark J. Lazzo, being duly sworn and upon his oath, submits the following affidavit in this action:

1. I am the duly appointed and acting counsel for the Debtor/Plaintiff Andover Senior Care, LLC in the referenced bankruptcy cases and Adversary No. 22-5028 styled _Andover Senior Care, LLC vs. Called to Care Investments Kansas, LLC_ Adv. No. 22-5028 (the "Adversary").

2. Summons was issued in the Adversary on December 16, 2022.

3. The Court fixed a deadline to Answer the adversary complaint of thirty (30) days after the date of issuance of the summons.

4. The complaint and summons were served upon Defendant Called to Care Investments, LLC ("Defendant") by certified mail on December 27, 2022.

5. On January 23, 2023, an Affidavit of Service was filed (Adv. Dkt. No. 6) attesting that service of the complaint and summons was made on Defendant via certified mail on December 27, 2022.

6. No answer or motion has been received within the time limit fixed by the court or by Fed. R. Bankr. P. 7012(a).

7. The Defendant is not in the military service, as required by 50 U.S.C. App. §521.

8. The Defendant is not an infant or incompetent person, as is required by Fed. R. Civ. P. 55(b)(1).

9. That Plaintiff is entitled to Judgment in the principal amount of $785,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of January, 2023.

/s/ *Mark J. Lazzo*
Mark J. Lazzo