Form clkentry  (Revised 04/2020)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

| | |
|---|---|
| In Re:<br><br>Andover Senior Care, LLC<br><br>Debtor | Case No.: 22–10139<br>Chapter: 11 |
| Andover Senior Care, LLC v. Called to Care Investments Kansas, LLC | Adv. Proc. No. 22–05028 |

**CLERK'S ENTRY OF DEFAULT**

**Filed And Entered By The Court**
**1/24/23**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

This matter comes before the Court on the plaintiff's request (Doc.9) for entry of default by the Clerk of the Bankruptcy Court pursuant to Fed. R. Civ.P. 55(a) as made applicable to bankruptcy adversary proceedings by Fed. R. Bankr. P. 7055.

The plaintiff's request and supporting affidavit state that proper service of the summons and complaint have been made upon defendant Called to Care Investments Kansas, LLC, that the defendant against whom default is requested is not a minor or incompetent person, that default judgment is not prohibited by the Servicemembers Civil Relief Act, 50 U.S.C. App.§3931, that said defendant has failed to plead or otherwise defend, and the time for doing so has expired. Therefore, defendant Called to Care Investments Kansas, LLC is in default.

s/  David D. Zimmerman
United States Bankruptcy Court