IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| ANDOVER SENIOR CARE, LLC | ) | Case No. 22-10139 |
| | ) | Chapter 11 |
| Debtor | ) | |
| | | |
| ANDOVER SENIOR CARE, LLC | ) | |
| Plaintiff | ) | Adv. No. 22-05028 |
| vs. | ) | |
| CALLED TO CARE INVESTMENTS KANSAS LLC | ) | |
| Defendant | ) | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Andover Senior Care, LLC ("Plaintiff") and, pursuant to Bankruptcy Rule 7055 and F.R.Civ.P. Rule 55(b)(1), moves for the entry of default judgment on its Adversary Complaint (Dkt. 1) filed herein against Defendant Called to Care Investments, LLC ("Defendant"). In support, Plaintiff states:

1. On December 15, 2022, the Plaintiff filed its Complaint.

2. Summons was issued in the Adversary on December 16, 2022.

3. The Court fixed a deadline to Answer the adversary complaint of thirty (30) days after the date of issuance of the summons.

4. The complaint and summons were served upon Defendant Called to Care Investments, LLC ("Defendant") by certified mail on December 27, 2022 (Dkt. 5).

5. On January 23, 2023 an Affidavit of Service was filed attesting that service of the complaint and summons was made on Defendant via certified mail on December 27, 2022.

6. No Answer or Motion has been filed by Defendant within the time limit fixed by

In the United States Bankruptcy Court for the District of Kansas
In re: *Andover Senior Care, LLC;* Bankr. Case No. 22-10139
*Andover Senior Care, LLC vs Called to Care Investments, LLC*, Adv. No. 22-05028
Plaintiff's Motion for Default Judgment
Page 2 of 2

the court or by Fed. R. Bankr. P. 7012(a).

7. The Defendant is not in the military service, as required by 50 U.S.C. App. §521.

8. The Defendant is not an infant or incompetent person, as is required by Fed. R. Civ. P. 55(b)(1).

WHEREUPON Plaintiff requests that it be granted judgment by default, pursuant to Bankruptcy Rule 7055 and F.R.Civ.P. Rule 55(b)(1), for the following relief requested in its Adversary Complaint:

A. *In personam* judgment against Defendant in the amount of $785,000.00 for damages arising from Defendant's breach of its purchase contract which is the difference between the amount Defendant agreed to pay Plaintiff for real estate and improvements at 224 E. Central, Andover, KS 67002 (the "Property") and the amount Plaintiff later agreed to accept for the Property from a substitute buyer.

Respectfully submitted,

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
MARK J. LAZZO, P.A.
3500 N. Rock Rd.
Building 300, Suite B
Wichita, Kansas 67226
Phone: (316) 263-6895
Fax: (316) 264-4704
mark@lazzolaw.com
Attorney for Plaintiff Andover Senior Care, LLC