Form clkentry  (Revised 04/2020)

### United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

| | |
|---|---|
| In Re:<br><br>Andover Senior Care, LLC<br><br>Debtor | Case No.: 22–10139<br>Chapter: 11 |
| Andover Senior Care, LLC v. Called to Care Investments Kansas, LLC | Adv. Proc. No. 22–05028 |

**CLERK'S ENTRY OF DEFAULT**

**Filed And Entered By The Court**
**1/24/23**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

This matter comes before the Court on the plaintiff's request (Doc.9) for entry of default by the Clerk of the Bankruptcy Court pursuant to Fed. R. Civ.P. 55(a) as made applicable to bankruptcy adversary proceedings by Fed. R. Bankr. P. 7055.

The plaintiff's request and supporting affidavit state that proper service of the summons and complaint have been made upon defendant Called to Care Investments Kansas, LLC, that the defendant against whom default is requested is not a minor or incompetent person, that default judgment is not prohibited by the Servicemembers Civil Relief Act, 50 U.S.C. App.§3931, that said defendant has failed to plead or otherwise defend, and the time for doing so has expired. Therefore, defendant Called to Care Investments Kansas, LLC is in default.

s/  David D. Zimmerman
United States Bankruptcy Court

Andover Senior Care, LLC,
    Plaintiff      Adv. Proc. No. 22-05028-MLH

Called to Care Investments Kansas, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 24, 2023 | Form ID: clkentry | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Andover Senior Care, LLC, PO Box 906, Andover, KS 67002-0906 |
| dft | + Called to Care Investments Kansas, LLC, c/o Osaginwen K. Ayiyi, 1529 N 63rd Terrace, Kansas City, KS 66102-1142 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion20.wi.ecf@usdoj.gov | Jan 24 2023 20:14:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark J Lazzo | on behalf of Plaintiff Andover Senior Care LLC mark@lazzolaw.com, elizabeth@lazzolaw.com;kara@lazzolaw.com |

TOTAL: 1