Form clkntcap  (Revised 08/2018)

**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re:

Andover Senior Care, LLC   Case No.: 22–10139

Debtor(s)

Andover Senior Care, LLC v. Called to Care Investments Kansas, LLC   Adv. Proc. No.: 22–05028

**NOTICE OF NONEVIDENTIARY HEARING**

| Filed and Entered By The Court |
|---|
| **2/1/23**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

**NOTICE IS HEREBY GIVEN** that a Nonevidentiary Hearing to consider and act upon:

*11* – Motion for Default Judgment Filed by Plaintiff Andover Senior Care, LLC (Lazzo, Mark)

will be held before the U. S. Bankruptcy Court at:

US Courthouse
401 North Market Room 150
Wichita  KS 67202

on:

**March 14, 2023 at 01:30 PM**

**IF PARTIES ANTICIPATE THAT THE HEARING MAY EXTEND IN EXCESS OF 15 MINUTES, OR THAT AN EVIDENTIARY HEARING MAY BE REQUIRED, COUNSEL MUST SEEK A SPECIAL SETTING DATE FROM THE CLERK. SUCH A REQUEST MUST BE MADE IN WRITING AND MUST INDICATE THE ANTICIPATED LENGTH OF TIME NEEDED FOR HEARING.**

Document 13 – 11

s/ Mitchell L. Herren
United States Bankruptcy Judge