Form clkntcap  (Revised 08/2018)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re:

Andover Senior Care, LLC                     Case No.:  22−10139

Debtor(s)

Andover Senior Care, LLC v. Called to Care Investments Kansas, LLC                     Adv. Proc. No.:  22−05028

**NOTICE OF NONEVIDENTIARY HEARING**

| Filed and Entered By The Court |
| --- |
| 2/1/23 |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

**NOTICE IS HEREBY GIVEN** that a Nonevidentiary Hearing to consider and act upon:

*11 −* Motion for Default Judgment Filed by Plaintiff Andover Senior Care, LLC (Lazzo, Mark)

will be held before the U. S. Bankruptcy Court at:

US Courthouse
401 North Market Room 150
Wichita  KS 67202

on:

**March 14, 2023 at 01:30 PM**

**IF PARTIES ANTICIPATE THAT THE HEARING MAY EXTEND IN EXCESS OF 15 MINUTES, OR THAT AN EVIDENTIARY HEARING MAY BE REQUIRED, COUNSEL MUST SEEK A SPECIAL SETTING DATE FROM THE CLERK. SUCH A REQUEST MUST BE MADE IN WRITING AND MUST INDICATE THE ANTICIPATED LENGTH OF TIME NEEDED FOR HEARING.**

Document 13 − 11

s/ Mitchell L. Herren
United States Bankruptcy Judge

Andover Senior Care, LLC,
    Plaintiff

Adv. Proc. No. 22-05028-MLH

Called to Care Investments Kansas, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 01, 2023 | Form ID: clkntcap | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Called to Care Investments Kansas, LLC, c/o Osaginwen K. Ayiyi, 1529 N 63rd Terrace, Kansas City, KS 66102-1142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 01 2023 20:36:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark J Lazzo | on behalf of Plaintiff Andover Senior Care  LLC mark@lazzolaw.com, elizabeth@lazzolaw.com;kara@lazzolaw.com |

TOTAL: 1