Notice of Returned Mail to Court - Adversary Proceeding

February 9, 2023

From: The Bankruptcy Noticing Center

Re:    Returned Mail Notice - Adversary Proceeding

In re: Andover Senior Care, LLC, Plaintiff
       Called to Care Investments Kansas, LLC, Defendant
       Adv. Proc. No. 22-05028 MLH

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.


Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Called to Care Investments Kansas, LLC
c/o Osaginwen K. Ayiyi
1529 N 63rd Terrace
Kansas City, KS 66102-1142

Form clkentry (Revised 04/2020)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re:

Andover Senior Care, LLC

Debtor

Case No.: 22−10139
Chapter: 11

Andover Senior Care, LLC v. Called to Care Investments Kansas, LLC

Adv. Proc. No. 22−05028

**CLERK'S ENTRY OF DEFAULT**

| **Filed And Entered By The Court** |
| --- |
| **1/24/23** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

This matter comes before the Court on the plaintiff's request (Doc.9) for entry of default by the Clerk of the Bankruptcy Court pursuant to Fed. R. Civ.P. 55(a) as made applicable to bankruptcy adversary proceedings by Fed. R. Bankr. P. 7055.

The plaintiff's request and supporting affidavit state that proper service of the summons and complaint have been made upon defendant Called to Care Investments Kansas, LLC, that the defendant against whom default is requested is not a minor or incompetent person, that default judgment is not prohibited by the Servicemembers Civil Relief Act, 50 U.S.C. App.§3931, that said defendant has failed to plead or otherwise defend, and the time for doing so has expired. Therefore, defendant Called to Care Investments Kansas, LLC is in default.

s/ David D. Zimmerman
United States Bankruptcy Court