Notice of Returned Mail to Court - Adversary Proceeding

February 17, 2023

From: The Bankruptcy Noticing Center

Re:     Returned Mail Notice - Adversary Proceeding

In re: Andover Senior Care, LLC, Plaintiff
       Called to Care Investments Kansas, LLC, Defendant
       Adv. Proc. No. 22-05028 MLH

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.


Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Called to Care Investments Kansas, LLC
c/o Osaginwen K. Ayiyi
1529 N 63rd Terrace
Kansas City, KS 66102-1142

**United States Bankruptcy Court − District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re:

Andover Senior Care, LLC

Case No.: 22−10139

Debtor(s)

Andover Senior Care, LLC v. Called to Care Investments
Kansas, LLC

Adv. Proc. No.: 22−05028

**NOTICE OF NONEVIDENTIARY HEARING**

| Filed and Entered By The Court |
| :---: |
| **2/1/23** |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

**NOTICE IS HEREBY GIVEN** that a Nonevidentiary Hearing to consider and act upon:

*11* − Motion for Default Judgment Filed by Plaintiff Andover Senior Care, LLC (Lazzo, Mark)

will be held before the U. S. Bankruptcy Court at:

US Courthouse
401 North Market Room 150
Wichita  KS 67202

on:

**March 14, 2023 at 01:30 PM**

**IF PARTIES ANTICIPATE THAT THE HEARING MAY EXTEND IN EXCESS OF 15 MINUTES, OR THAT AN EVIDENTIARY HEARING MAY BE REQUIRED, COUNSEL MUST SEEK A SPECIAL SETTING DATE FROM THE CLERK. SUCH A REQUEST MUST BE MADE IN WRITING AND MUST INDICATE THE ANTICIPATED LENGTH OF TIME NEEDED FOR HEARING.**

Document 13 − 11

s/ Mitchell L. Herren
United States Bankruptcy Judge